UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Equal Employment Opportunity Commission</u>,
    Plaintiff

v.                                                                                          Case No. 11-cv-454-SM

<u>Windmill International, Inc.</u>,
    Defendant

## **J U D G M E N T**

In accordance with the Order of Judge Steven J. McAuliffe entered on September 4, 2013, judgment is hereby entered, and that the defendant shall recover its costs of the action from plaintiff, if appropriate.

By the Court,

/s/ James R. Starr
_____
James R. Starr
Clerk of Court

Date: September 4, 2013

cc:    Elizabeth A. Grossman, Esq.
       Markus L. Penzel, Esq.
       Raechel Adams, Esq.
       Robert D. Rose, Esq.
       Justin Mulaire, Esq.
       Peter Bennett, Esq.

Frederick B. Finberg, Esq.